| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IGOR VOLFOVSKIY, | ) | No. C 06-7721 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-7721 JW                                                  1

1 | Date: March 28, 2007 | Respectfully submitted,

2 | | SCOTT N. SCHOOLS
  | | United States Attorney

3

4

5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney

6 | | Attorneys for Defendants

7

8

9 | Date: March 28, 2007 | _____/s/_____
  | | MONICA KANE
  | | Attorney for Plaintiff

10

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:    3/29/2007

17 | | _____
  | | JAMES WARE
  | | United States District Judge

18

Stip. to Dismiss
C06-7721 JW                    2